IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**RONNY E. RIGSBY**                                                          **PLAINTIFF**

v.                                                               No. 1:19CV63-GHD-RP

**JIM JOHNSON**
**JOH BRIAN HALL**
**NURSE JUDY**                                                    **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered this day, the motion by the defendants for summary judgment is **GRANTED**, and judgment is **ENTERED** for the defendants in all respects.

**SO ORDERED**, this, the 16th day of September, 2020.

_____
SENIOR UNITED STATES DISTRICT JUDGE