## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## ABERDEEN DIVISION

**RONNY E. RIGSBY**                                                                        **PLAINTIFF**

**v.**                                                                        **No. 1:19CV63-GHD-RP**

**JIM JOHNSON**
**JOH BRIAN HALL**
**NURSE JUDY**                                                                        **DEFENDANTS**

### ORDER DISMISSING PLAINTIFF'S PENDING
### MOTIONS [45], [46] AS MOOT

This matter comes before the court on the plaintiff's Motion [45] to Writ Plaintiff and Motion [46] to Be Brought Physically to Trial.   As this case has been dismissed, the instant motions [45], [46] are **DISMISSED** as moot.

**SO ORDERED**, this, the 24th day of August, 2021.

/s/   Roy Percy
UNITED STATES MAGISTRATE JUDGE